| |
|---|
| **UNITED STATES BANKRUPTY COURT** <br> **DISTRICT OF NEW JERSEY** <br> **Marie-Ann Greenberg MAG-1284** <br> **Marie-Ann Greenberg, Standing Trustee** <br> **30 TWO BRIDGES ROAD** <br> **SUITE 330** <br> **FAIRFIELD, NJ  07004-1550** <br> **973-227-2840** <br> **Chapter 13 Standing Trustee** |
| **IN RE:** <br><br> **MOHAMMAD JAFAR,** <br><br><br> **Debtor**     Case No.:  12-38956 NLW |

## NOTICE DEPOSITING UNCLAIMED FUNDS
## PURSUANT TO D.N.J. LBR 7067-1

Marie-Ann Greenberg, Trustee in the above captioned matter, states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed. The undersigned shall immediately forward a check to the Court in the amount of $2,100.00, payable to the Clerk, United States Bankruptcy Court. The party entitled to said funds is listed below together with the last known address and other additional information.

Payee Name & Address:    MOHAMMAD JAFAR - Debtor's Refund
                                        33 WEST 52ND STREET
                                        BAYONNE, NJ  07002

Amount:                       $2,100.00

Trustee Claim Number:    0

Reason:                        Not Cashing

                                                                            By:   /S/  Marie-Ann Greenberg
Dated:  July 15, 2014                                               MARIE-ANN GREENBERG
                                                                                CHAPTER 13 STANDING TRUSTEE